# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabour Agba Okata, | No. CV-26-01783-PHX-DJH (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention because there are no active removal proceedings pending against him and his prior release entitled him to a pre-deprivation hearing before being redetained.  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.)  Respondents' response stated

> Under the facts and circumstances of this case, Respondent's [sic] do not oppose Petitioner's request for release.

(Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 25th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge